### TYSON *v.* TYSON.

RUSSELL, C. J. The exclusive jurisdiction of questions of divorce and/or alimony being vested in the superior courts of this State, the city court of Savannah is without jurisdiction to entertain a suit for alimony in a case in which a judgment has previously been rendered in the superior court. Consequently the court did not err in dismissing the suit of the petitioner in this case, which prayed for a judgment against the defendant for permanent and temporary alimony.

*Judgment affirmed. All the Justices concur, except*

ATKINSON, J., who dissents, because, under the constitutional amendment ratified November 7, 1916, this court has no jurisdiction of the writ of error, which should be transferred to the Court of Appeals.

No. 9075. DECEMBER 15, 1932.

*Don H. Clark* and *Clarence T. Guyton,* for plaintiff.
*Emanuel Kronstadt,* for defendant.